# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00416-GCM

| | |
|---|---|
| MEINEKE CAR CARE CENTERS LLC, <br> MEINEKE FRANCHISOR SPV, LLC, <br> ECONO-LUBE N'TUNE, INC., <br><br> **Plaintiffs,** <br><br> v. <br><br> CURTIS CORRELL, <br> NORTH PHOENIX AUTOMOTIVE L.L.C., <br> CORRELL & CORRELL, LLC, <br><br> **Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. This civil action was stayed after a Suggestion of Bankruptcy was filed on the docket in September of 2020. *See* ECF No. 6. No further docket activity has taken place since that time.

**IT IS THEREFORE ORDERED** that the parties shall file a status report within twenty-one (21) days, advising the Court of the status of the ongoing bankruptcy proceedings and the effect, if any, on the ongoing stay in this action.

**SO ORDERED**.

Signed: May 16, 2022

Graham C. Mullen
United States District Judge